# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BOGDAN LENDEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STILLWATER INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 22-1185 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER OR RESPOND TO COMPLAINT |

This matter comes before the Court on the Parties' Stipulated Motion to Extend Time for Defendant to Respond to Plaintiff's Complaint. (Dkt. No. 8.) Having reviewed the Motion and being otherwise fully advised, the Court GRANTS the Parties' Motion.

IT IS SO ORDERED that Defendant shall answer or otherwise respond to the Complaint on or before September 13, 2022.

//

//

//

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER OR RESPOND TO COMPLAINT - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated September 7, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER OR RESPOND TO COMPLAINT - 2