1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

BOGDAN LENDEL,

CASE NO. 2:22-cv-1185 MJP

11

Plaintiff,

ORDER GRANTING STIPULATED
MOTION TO CONTINUE
DISCOVERY DEADLINE

12

v.

13

STILL WATER INSURANCE
COMPANY,

14

Defendant.

15

16

17

This matter is before the Court on the Parties' Stipulated Motion to Continue the

Discovery Motions Deadline. (Dkt. No. 26.) Having reviewed the Motion, the docket, and all

18

relevant material, the Court GRANTS the Motion.

19

The new deadline for motions related discovery is May 26, 2023.

20

//

21

//

22

//

23

//

24

ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY DEADLINE - 1

1       The clerk is ordered to provide copies of this order to all counsel.

2       Dated April 13, 2023.

3

4                                     Marsha J. Pechman
                                    United States Senior District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY DEADLINE - 2