1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOGDAN LENDEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STILLWATER INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | CASE NO. 2:22-cv-1185 MJP<br><br>ORDER ON STIPULATED MOTION TO CONTINUE DISCOVERY AND DISCOVERY MOTION DEADLINES |

This matter is before the Court on the Plaintiff's Stipulated Motion to Continue Discovery. (Dkt. No. 28.) Plaintiff requests the deadline to conduct discovery be moved sixty (60) days from May 26, 2023, to July 26, 2023.

A [case] schedule may be modified only for good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4); see also LCR 16(b)(6) ("A schedule may be modified only for good cause and with the judge's consent."). The decision to modify a scheduling order is within the broad discretion of the district court. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th

1  Cir. 1992). Having reviewed the Motion, the Court will not approve a sixty (60) day extension,

2  but will approve a thirty (30) day extension. However, the Court would like to make the parties

3  aware that June 26, 2023, is also the deadline for dispositive motions, which the parties have not

4  requested the Court extend.

5        The Court HEREBY ORDERS the discovery deadline is extended until June 26, 2023.

6        The clerk is ordered to provide copies of this order to all counsel.

7        Dated May 17, 2023.

*[Signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER ON STIPULATED MOTION TO CONTINUE DISCOVERY AND DISCOVERY MOTION DEADLINES - 2